## *Livingston* v. *Rogers.*

THE court ruled, that causes which had been no-ticed for argument, and duly entered by the clerk, if not brought on, are to be re-noticed to the clerk for him to re-enter, as they will not be, *of course,* carried over to the calendar of the next term.

## *Den* v. *Fen.*

IF, in a feigned issue from the court of chancery, an inquest be improperly taken, relief must be sought in this court. If an inquest be taken at a circuit court by default, and notice of trial has not been given, it will be set aside, with costs, to be paid by the plain-tiff's attorney.